UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. NUNEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COUNTY JAIL,<br><br>        Defendant. | No. 2:22-cv-0885-EFB P<br><br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1) and a partial application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

If plaintiff wishes to proceed in forma pauperis, he must submit a complete application, including the trust account statement required by 28 U.S.C. § 1915(a) within 30 days from the date of service of this order.[1] The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: June 2, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials.