1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JOSE J. NUNEZ,                          No.  2:22-cv-00885-EFB (PC)

11                    Plaintiff,

12          v.                               ORDER AND FINDINGS AND
                                             RECOMMENDATIONS
13   SAN JOAQUIN COUNTY JAIL,

14                    Defendants.

15

16          Plaintiff, a county jail inmate, proceeds without counsel in an action brought under 42

17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18   U.S.C. § 636(b)(1).

19          On November 2, 2022, the court screened plaintiff's complaint pursuant to 28 U.S.C. §

20   1915A.  ECF No. 7.  The court dismissed the complaint, explained the deficiencies therein, and

21   granted plaintiff thirty days in which to file an amended complaint to cure the deficiencies.  *Id.*

22   The screening order warned plaintiff that failure to comply would result in a recommendation that

23   this action be dismissed.  The time for acting has now passed and plaintiff has not filed an

24   amended complaint or otherwise responded to the court's order.[1]  Thus, it appears that plaintiff is

25   unable or unwilling to cure the defects in the amended complaint.

26   _____

27          [1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff
     was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current
     address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of
28   the party is fully effective

1    Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States

2    District Judge to this action.

3    Further, it is RECOMMENDED that this action be dismissed without prejudice for the

4    reasons set forth in the November 2, 2022 screening order (ECF No. 7).

5    These findings and recommendations are submitted to the United States District Judge

6    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

7    after being served with these findings and recommendations, any party may file written

8    objections with the court and serve a copy on all parties.  Such a document should be captioned

9    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

10   objections shall be served and filed within fourteen days after service of the objections.  The

11   parties are advised that failure to file objections within the specified time may waive the right to

12   appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

13   *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

14

15   Dated:  December 8, 2022.

16   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2