UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. NUNEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-00885-TLN-EFB<br><br>**ORDER** |

Plaintiff, a county jail inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.[1]

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

---

[1]  **Error! Main Document Only.**Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

ORDERED that:

1. The findings and recommendations filed December 9, 2022, are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice for the reasons set forth in the November 2, 2022 screening order (ECF No. 7).

The Clerk of Court is directed to close the case.

**DATE: February 7, 2023**

Troy L. Nunley
United States District Judge

2